

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-21-00188-CV

---

ZACHERY RENE LAMAS, APPELLANT

V.

HALE COUNTY, APPELLEE

---

APPEAL FROM PROCEEDINGS BEFORE A FEDERAL COURT

---

September 30, 2021

## MEMORANDUM OPINION

Before PIRTLE and PARKER and DOSS, JJ.

On September 2, 2021, Appellant, Zachery Rene Lamas, proceeding pro se, filed a notice of appeal from "Civil Action No. 5:20-CV-216-BQ Judgment / Order / May 11, 2020 / November 12, 2020." The notice did not identify the trial court. By letter of September 10, 2021, we directed Lamas to file an amended notice of appeal, correcting the omission, and to show how this Court has jurisdiction over the appeal. Lamas subsequently filed an amended notice purporting to appeal several orders and a judgment issued by the United States District Court for the Northern District of Texas, Lubbock Division, in cause number 5:20-CV-216-BQ.

This Court has jurisdiction over appeals from state-level district and county courts within our appellate district but has no jurisdiction over federal courts. *See* TEX. GOV'T CODE ANN. §§ 22.201(h), 22.220(a). Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

Per Curiam